# BURSOR & FISHER
P.A.

**1330 AVENUE OF THE AMERICAS**
**NEW YORK, NY 10019**
**www.bursor.com**

**JULIAN C. DIAMOND**
Tel: **646.837.7011**
Fax: **212.989.9163**
**jdiamond@bursor.com**

November 6, 2025

*Via Electronic Mail*
Steven R. Kramer
Eckert Seamans Cherin & Mellott, LLC
10 Bank Street, Suite 700
White Plains, NY 10606
skramer@eckertseamans.com

Re: *Ross v. Barebones Ventures, LLC*, Case No. 2:25-cv-03929-NJC-LGD
(E.D.N.Y.)

Dear Mr. Kramer:

I represent Plaintiff Janet Ross ("Plaintiff") in the above-referenced matter. I write pursuant to Rule 5.2.7 of the Court's Individual Rules for Civil and Criminal Cases. Plaintiff hereby provides notice of service of Plaintiff's opposition to Defendant's motion to dismiss. Pursuant to our agreement to follow the Court's preferred "bundling" procedure, we will file copies of these documents, along with any opposition and reply papers, on the deadline to file Defendant's Reply.

Very truly yours,

*/s/ Julian C. Diamond*
Julian C. Diamond